# IN THE UNITED STATES BANKRUPTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Chapter 13

LEON D. CHAMBERS

Debtor                                              Case No.:  19-14923

## CERTIFICATE OF SERVICE

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the  1st day of June, 2022, I did serve a copy of the Motion to Modify Chapter 13 Plan Post-Petition on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Credit Acceptance
Attn:  Alicia Ford
25505 West Twelve Mile Road
Suite 3000
Southfield, MI  48034

Philadelphia Gas Works
Attn:  John Lepera
800 W. Montgomery Avenue
Philadelphia, PA  19122

PNC Bank
Attn:   Thomas Song
Bankruptcy Department
3232 Newark Drive
Miamisburg, OH   45342

Watert Revenue Bureau
Attn:  Pamela Elchert Thurmond
C/O City of Philadelphia Law Department
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102

City of Philadelphia
Attn:  Megan N. Harper
Tax and Revenue Department
Bankruptcy Group MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102


Date:   June 1, 2022


                BY:/s/ Ashley M. Sullivan
                  ASHLEY M. SULLIVAN, EQUIRE
                  SPEAR WILDERMAN, P.C.
                  230 S. Broad Street, 14th Floor
                  Philadelphia, PA  19102
                  (215) 732-0101
                  (215) 7342-7790 (fax)
                  asullivan@spearwilderman.com
                  Attorney for Debtor