## IN THE UNITED STATES BANKRUPTY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                            Chapter 13

LEON D. CHAMBERS

Debtor                                      Case No.:  19-14923

### CERTIFICATE OF SERVICE

I, VLADISLAV KACHKA, Attorney for Debtor, hereby certify that on the 22nd day of September, 2022, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay of PNC Bank on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Credit Acceptance
Attn:  Alicia Ford
25505 West Twelve Mile Road
Suite 3000
Southfield, MI  48034

Philadelphia Gas Works
Attn:  John Lepera
800 W. Montgomery Avenue
Philadelphia, PA  19122

PNC Bank
Attn:   Thomas Song
Bankruptcy Department
3232 Newark Drive
Miamisburg, OH   45342

Watert Revenue Bureau
Attn:  Pamela Elchert Thurmond
C/O City of Philadelphia Law Department
Tax and Revenue Unit
Bankruptcy Group MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102

City of Philadelphia
Attn:  Megan N. Harper
Tax and Revenue Department
Bankruptcy Group MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102


Date: September 22, 2022


BY:/s/ Vladislav Kachka
         VLADISLAV KACHKA, EQUIRE
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, 14th Floor
        Philadelphia, PA  19102
        (215) 732-0101
        (215) 7342-7790 (fax)
        vkachka@spearwilderman.com
        Attorney for Debtor